United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOC, | No. C 12-03110 DMR |
| Plaintiff, | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| GLOBALWARE SOLUTIONS, | |
| Defendant. _____/ | |

The court hereby ORDERS that the September 19, 2012 Initial Case Management Conference is VACATED. Plaintiff shall file a motion for default judgment no later than November 5, 2012. Upon receipt of this order, Plaintiff shall serve a copy upon Defendant and file proof of service with the Court.

IT IS SO ORDERED.

Dated: September 14, 2012

DONNA M. RYU
United States Magistrate Judge