**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10
11   CREDITORS TRADE ASSOC,                    No. C 12-03110 DMR
12            Plaintiff,                       **ORDER VACATING INITIAL CASE**
                                               **MANAGEMENT CONFERENCE AND**
13       v.                                    **SETTING DEADLINE FOR FILING**
                                               **MOTION FOR DEFAULT JUDGMENT**
14   GLOBALWARE SOLUTIONS,
15            Defendant.
     _____/
16
17       The court hereby ORDERS that the September 19, 2012 Initial Case Management
18   Conference is VACATED.  Plaintiff shall file a motion for default judgment no later than November
19   5, 2012.  Upon receipt of this order, Plaintiff shall serve a copy upon Defendant and file proof of
20   service with the Court.
21
22       IT IS SO ORDERED.
23
24   Dated:  September 14, 2012
25                                             _____
                                               DONNA M. RYU
26                                             United States Magistrate Judge
27
28