1  STEVEN M. KAPPOS (SBN 141371)
   ROBINSON-KAPPOS
2  3785 BRICKWAY BLVD., SUITE 210
   SANTA ROSA, CA 95403
3  (707) 522-0114
   (707) 522-0107 (FAX)
4
   Attorneys for Plaintiff, CREDITORS
5  TRADE ASSOCIATION, INC., DBA
   GREAT WESTERN COLLECTION BUREAU
6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10
   CREDITORS TRADE ASSOCIATION,        Case No. CV 12 3110
11 INC. DBA GREAT WESTERN
   COLLECTION BUREAU,                  STIPULATION OF DISMISSAL AND
12                                     [PROPOSED] ORDER THEREON
              Plaintiff,
13
       v.
14
   GLOBALWARE SOLUTIONS, INC., A
15 MASSACHUSETTS CORPORATION;
   GLOBALWARE SOLUTIONS
16 MASSACHUSETTS, INC., A
   MASSACHUSETTS CORPORATION;
17 DAVID I. BEATSON, INDIVIDUALLY;
   JOHN P. VILIESIS, INDIVIDUALLY,
18
              Defendants.
19                                         /

20

21     The parties, by and through their respective counsel, stipulate to dismissal of Defendants,

22 DAVID I. BEATSON, INDIVIDUALLY and JOHN P. VILIESIS, INDIVIDUALLY, without

23 prejudice pursuant to Federal Rule of Civil Procedure 41.

24     Therefore, IT IS HEREBY STIPULATED by and between the parties to this action

25 through their designated counsel that the action against DAVID I. BEATSON, INDIVIDUALLY

26 and JOHN P. VILIESIS, INDIVIDUALLY is dismissed without prejudice pursuant to Federal

27 Rule of Civil Procedure 41.

28

1  This Stipulation may be executed in counterparts, all of which together shall constitute
2  one original document.

5  ROBINSON-KAPPOS

7  Dated: 5-6-13   By: _____
8  STEPHEN M. KAPPOS Attorneys for Plaintiff, CREDITORS TRADE ASSOCIATION, INC. DBA GREAT WESTERN COLLECTION BUREAU

10  GORDON & REES, LLP

12  Dated: May 3, 2013   By: _____
13  ALLISON L. JONES, Attorneys for Defendants, DAVID I. BEATSON, INDIVIDUALLY and JOHN P. VILIESIS, INDIVIDUALLY

## ORDER

IT IS HEREBY ORDERED that the action against DAVID I. BEATSON, INDIVIDUALLY and JOHN P. VILIESIS, INDIVIDUALLY is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: May 14, 2013  _____
UNITED STATES DISTRICT JUDGE